**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the
representative of a class of similarly situated persons,

                                                    Case No.   1:20-cv-2228-EK-RER

                              Plaintiff,

             - against -

YANKA INDUSTRIES, INC. d/b/a MasterClass,

                              Defendants.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

        Angel Rodriguez, by his attorneys, Shaked Law Group, P.C., and pursuant to

FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without

costs, of the above-referenced matter against Yanka Industries, Inc.  No Answer has been filed in

this case.

Dated:  Scarsdale, New York
           July 2, 2020

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                     By: _/s/Dan Shaked_____
                                        Dan Shaked (DS-3331)
                                        14 Harwood Court, Suite 415
                                        Scarsdale, NY 10583
                                        Tel. (917) 373-9128
                                        e-mail: ShakedLawGroup@Gmail.com